**FILED**

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0303

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0005

FILED

MAY 16 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF LEIGH FRATTOLILLIO
FOR TEMPORARY ADMISSION TO THE BAR
OF THE STATE OF MONTANA.

O R D E R

Leigh Frattolillio has petitioned for temporary admission to the practice of law in Montana pending admission upon examination. Frattolillio passed the Montana Bar Examination in February 2023, and is scheduled to take the Multistate Professional Responsibility Examination (MPRE) in August 2023. Frattolillio has undertaken employment with the Gallatin County Attorney's Office but is not yet acting as counsel of record. The Gallatin County Attorney has filed a letter in support of the petition, citing a backlog of cases and the critical assistance Frattolillio can provide to that office as counsel.

While we routinely deny petitions for temporary admission for applicants seeking admission by motion or upon transfer of Uniform Bar Examination (UBE) score, *see Petition of Gosch*, 07-0303, *March 7, 2016*, we have explained that "[t]emporary admission until sitting for the bar exam may be appropriate in circumstances where a candidate does not qualify for admission on motion or for transfer of a UBE score." *Petition of Gosch*, 07-0303. Here, Frattolillio is waiting to complete the examination process, and thus qualifies for temporary admission.[1] Good cause appearing,

IT IS HEREBY ORDERED that the petition for temporary admission to the practice of law is GRANTED. This period of temporary admission shall be effective until Frattolillio is permanently admitted to the practice of law, or until October 1, 2023,

---

[1] We would also note that the Court routinely grants a waiver of the requirement to take and pass the MPRE within three years of admission for applicants who have previously taken the examination and have a good ethical history. *Rule VII(A), Rules for Admission to the Bar of Montana*. Frattolillio took the MPRE in 1998.

whichever is sooner, at which time the temporary admission will expire. During the period of temporary admission, Frattolillio must be employed with the Gallatin County Attorney's Office, Bozeman, Montana, and termination of that employment will terminate Frattolillio's temporary admission. The Gallatin County Attorney's Office will notify the Court if Frattolillio ceases to be employed by that office.

The Clerk of this Court will administer the usual oath and issue a temporary certificate granting Leigh Frattolillio permission to practice law until permanently admitted, or until October 1, 2023, whichever is sooner.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 16 day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2